# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO.  03-26-00612-CV

**In re Gabriel Sanchez**

## ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied.[1]  *See* Tex. R. App. P. 52.8(a).

_____

Karin Crump, Justice

Before Justices Triana, Crump, and Ellis

Filed:   July 17, 2026

---

[1] Pending before this Court is relator's motion for stay.  We dismiss this motion as moot.